Plaintiff designates Kansas City Kansas As place
of Trial.

UNITED STATES DISTRICT COURT U.S. DISTRICT COURT
DISTRICT OF KANSAS

FOR THE DISTRICT OF KANSAS 2010 MAR 23 PM 1:03

TIMOTHY M. O'BRIEN
CLERK

| | |
|---|---|
| CLARENCE WILLIAMS AND TONYA R WILLIAMS, | Case No. 10-CV-2158 EFM/JPO BY KANSAS CITY KS DEPUTY |
| Counterclaimant, | |
| vs. | |
| BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2, | |
| SOUTHLAWN & ASSOCIATES P.C., | |
| Respondents. | |

## NOTICE OF REMOVAL

### Jurisdiction & Venue Based on the Following

### Pursuant to 28 USC §§ 1331, 1441

**Federal Question:** *Does a Negotiable Instrument and Bond which is governed by Federal law and the uniform laws of all of the States including the District of Columbia become voidable if such negotiable instrument or bond violates the rules of the laws under which it is governed?*

**Pursuant to Public Law at 42 Stat 13-15 as Original Intent of Congress prima facie code 42 USC 1983, "Chapter XXII- an Act to enforce the Provisions of the Fourteenth Amendment to the Constitution of the United States, and for Other purposes" Civil Rights Protections, Public Law 62 Stat 932 positive law code 28 USC 1343, Civil Rights Violations, Public Law 62 Stat 934 positive law code 28 USC 1352, Bonds Executed under Federal Law Public Law 38 Stat 99-118 [National Banking Act] prima facie law code Title 12 Banks & Banking, 62 Stat 938 positive law code 28 USC 1442 Federal Officers Sued, Public Law 95-109, 91 Stat 874, prima facie law code 15 USC 1601 et seq.**

# The issues in this case that serve as the basis for the Removal are:

1) The respondent BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 OR IT'S PREDECESSOR COUNTRYWIDE HOME LOANS, INC entered into negotiable instrument contract with the counterclaimant Clarence Williams and Tonya R Williams

2) BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 herein represented by the SOUTHLAWN & ASSOCIATES P.C..

3) BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 herein represented by the SOUTHLAWN & ASSOCIATES P.C. states that they have produced a note that serves as proof that they are holders of a fraudulent illegal transaction that is voidable based on the governing law of the instrument and the federal laws governing the actions carried out in respect to the instrument.

4) Clarence Williams and Tonya R Williams asserts real defense remedy in contract against BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2, for Fraud in the factum illegality of Transaction that renders the underlying contract [mortgage security instrument] void, and material alteration of an instrument [the note].

5) BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 OR IT'S PREDECESSOR COUNTRYWIDE HOME LOANS, INC herein represented by the SOUTHLAWN & ASSOCIATES P.C. is a financial institution subject to The National Banking Act Public Law Volume 13 38th Congress Stat 99-118.

6) The Directors involved in the transactions of BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 OR IT'S PREDECESSOR COUNTRYWIDE HOME LOANS, INC herein noted as the holders of a note/bond and represented by the SOUTHLAWN & ASSOCIATES P.C. have an oath to abide by the laws of financial institutions stated at The National Banking Act Public Law Volume 13 38th Congress Stat 99-118 and have violated their oath which is held at the Office of the Comptroller of Currency of the United States.

7) Either the Department of the Treasury of a Federal Reserve Institution has issued bonds to the above mentioned Respondents and the United States Comptroller of the Currency has registered the bonds to the Directors of BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 OR IT'S PREDECESSOR COUNTRYWIDE HOME LOANS, INC herein represented by the SOUTHLAWN & ASSOCIATES P.C. in exchange for a fraudulently endorsed negotiable instrument, where no consideration was provided to the counterclaimant.

8) Directors of the previously stated financial institutions cannot prove they made a loan based on the properly following the laws of Public Law Volume 13 38th Congress Stat 99-118 which they are on record as having an oath to uphold such laws or face the penal actions for their violations.

9) Based on the lawful doctrine of respondent superior the Secretary of Treasury has lawful responsibility of oversight of the Office of United States Comptroller who executes the duties of this Bureau under the authority of the Secretary thus the Secretary is listed herein as a defendant to the claim.

10) Counter Claimant will use the above listed Statutes at Large which express the Original Intent of Congress and not the prima facie code of title 12 Banks and Banking or other related code. The Statutes at Large have been continuously adjudicated as law and superior to code that is prima facie and when a question of the authenticity of the law arises each of the Circuit courts, appeals courts and Supreme Court have ruled that the Statutes at large hold lawful/legal precedence over the United States Code. The issue of this case which is the original note, the bond attached and the issue of its authenticity cannot be tested without using the original intent of Congress as expressed through the aforementioned Statutes at Large as enacted by the Congress of the United States of America. Thus the claimant will use that de jure body of law to make his claims upon the respondents and defendants with a note of strict proof of the case law stating the legal precedence of the Statutes at Large over the Code:

11) SOUTHLAWN & ASSOCIATES P.C. acting as a **debt collector** through it's attorney's individually and collectively violated the Statutes at Large as defined at **Public Law 95-109, 91 Stat 874 Sec 803 (6)(F)**, and failed to validate it's client's claim of entitlement rights to a lien encumbering my property, and has chosen to proceed with unlawful sheriff's sale with the clear intent to deprive me of my property.

# Case Law to be used for lawful-legal precedence of Statutes at Large Original Constitutional intent of Congress

## MEMORANDUM
## CASE LAW IN ALL CIRCUITS & THE SUPREME COURT OF THE UNITED STATES SUPPORTING USE OF STATUTES AT LARGE AS SUPERIOR TO TITLE 12 BANKS & BANKING

The official source of the United States Law is Statutes at Large and the United States Code is only prima facie evidence of such laws. ***Royers Inc. vs. United States 1959CA3Pa 265 F. 2d 615, 59-USTC 9371, 3AFTR 2d 1137***

Statutes at Large are 'legal; evidence' of laws contained therein and are accepted as proof of those laws in any court of the United States. ***Bear vs. United States (1985 DC Neb) 611 supp 589, affd (1987) (Cas Neb) 810F 2d 153***

Unless Congress affirmatively enacts title of United States Code into law, title is only primae facie evidence of law. ***Preston vs. Heckler (1984 CA9 Alaska) 734 F2d 1359 34 CCH EPD 34433 later proceeding (1984 DC Alaska) 586 F. supp 1158***

Where the Title has not been enacted into positive law, title is only primae facie or rebuttable evidence of law, and if construction is necessary, recourse may be had to original statutes themselves. ***United States vs. Zuger (1984) DC Conn 602 F supp 889 affd***

Even codification into positive law will not give code precedence where there is conflict between codification and Statutes at Large. ***Warner vs. Goltra (1934)293 US 155, 79 L ED 254 55 S Ct 46 Stephens vs. United States (1943) 319 US 423, 87L Ed 1490, 63 S Ct 1135 United States vs. Weldon (1964) 377 US 95, 12L 2d 152, 84 S Ct 1082***

1   United States Code does not prevail over Statutes at Large when the two are inconsistent. ***Stephens vs. United States (1943) 319 US 423, 87 L Ed 1490, 635 Ct 1135 Peart vs. The Motor Vessel Bering Explorer 1974, DC Alaska 373 F. supp 927***

2

3   Although United States Code establishes primae facie what laws of the United States are to the extent that provisions of the United States Code are inconsistent with Statutes at Large, Statutes at Large will prevail. ***Best Food Inc. v United States (1965) 37 Cust Ct. 1, 147 F Supp. 749.***

4

5   Where there is conflict between codification and Statutes at Large, Statutes at Large must prevail. ***American Export Lines Inc. v United States (1961) 153 Ct Cl 201, 290 F 2d 925 Abell vs. United States (1975) 207 Ct Cl 207, 518 F 2d 1369, cert den (1976) 929, US 817, 50L Ed 2d 76, 97 S Ct. 59***

6

7
8   ## Case law Supporting Statutes at Large as holding lawful and legal precedence over United States Code is found in all Circuits of the Federal Jurisdiction and the Supreme Court of the United States

9

## United States Supreme Court
10   ***Warner vs Goltra*** (1934) 293 US 155, 79 L Ed 254 55 S Ct. 46
***Stephens vs United States*** (1943) 319 US 423 87 L Ed. 1490, 63 S Ct. 1135
11   ***Nashville Milk Co. vs. Carnation Co.*** (1958) 355 US 373, 2 L Ed 2d 340 785 Ct 352
***United States vs. Weldon*** (1964) 377 US 95, 12 L. Ed 2d 152 845 Ct. 1082
12   ***United States vs. Neifert-White Co.*** (1968) 390 US 228, 19 L Ed. 2d 106 1, 88 S Ct. 959
***Goldstein vs. Cox*** (1970) 396 US 471, 24 L, Ed 2d 663, 90 S Ct. 671
13   ***United States vs. Bornstein*** (1976) 423 US 303, 46 L. Ed 2d 514, 96 S Ct. 523
***American Bank & Trust Co. vs. Dallas County*** (1983) 463 US 855 77L. Ed 2d 1072 103 S Ct 3369
14

## Second Circuit
15   ***Leonard vs. Chase Nat. Bank*** (1936) CA 2 NY 81 F 2d 19, cert den 298 US 677, 80 L Ed 1398, 56 S Ct. 941

16   ***United States ex rel Kessler vs. Mercur Corp***. (1936, CA 2 NY) 83 F 2d 178 cert den 299 US 576, 81 L. Ed. 424 57 S Ct. 40
17

18   ***United States vs. Zuger*** (1984) DC Conn 602 F. Supp 889 aff'd  755 F. 2d 915 cert den 474 US 805, 88 L. Ed. 32 106 S Ct. 38

19

## Third Circuit
20   ***Royers Inc. vs. United States*** (1959, CA3 Pa.) 265 F 2d. 615
***Crilly vs. Septa*** (9175, CA 3 Pa) 529 F 2d 1355
21   ***United States vs. Hibbs*** (1976 Ed Pa) 420 F. Supp. 1365 vacated on other grounds 56 S F 2d 347

22   ## Fourth Circuit
***United States vs. Shively*** (1936 DC Va) 15 F. Supp 107
23

24   ## Fifth Circuit
***Murrell vs. Western Union Tel Co.*** (1947, CAS Fla) 160 F 2d 787
25

## Sixth Circuit
26   ***Rose vs. National Cash register Corp*** (1983 CA 6 Mich) 703 2d 225 cert den 464 US 939, 78 L. Ed 2d 317, 104 S Ct. 352 (1983)
27
***Mary vs. Centran Corp*** (1984 CA 6 Ohio) 747 F 2d 1536. Cert den 471 US 1125, 86 L. Ed. 2d 273, 105 S Ct. 2656
28   (1985)
***United States ex rel Boyd vs. McMunty*** (1933, WD Ky) 5 F supp. 515

## Seventh Circuit

1    *United States vs. Vivian* (1955, CA 7111) 224 F 2d 53
*Lode vs. Leonardo* (1982 ND ILL) 557 F Supp 675
2    *Young vs. IRS* (1984, ND Ind) 596 F. Supp 141
*United States vs. Burgess* (December 1 1987 ND ILL) 1987 U.S. District LEXIS 11227 1987 WL 39092

3

## Eighth Circuit

4    *United States vs Wodtke* (1985 ND Iowa) 627 F. Supp. 1034

5

## Ninth Circuit

*Preston vs. Heckler* (1984, CA Alaska) 734 F 2d 1359 34 CCH EPD P 34433
6    *Ryan vs. Bilby* (1985, CA9 Ariz) 764 F 2d 1325
*Woner vs. Lewis* (1935, DC Cal) 13 F. Supp. 45
7    *Peart vs. The Motor Vessel Bering Explorer* (1974) DC Alaska 373 F. Supp 927

8

## District of Columbia Circuit

Where the language of the Statutes at Large conflicts with the language of the United states Code that has been not
9    enacted into positive law, the language of the Statutes at Large Controls.
*Fire Flag S Pipeline Co vs Dep. of Transportation* (1988) App DC 854 F Ld 1438

10

11    It is important at this point to detail a Summary of Legal Guidelines of

12    Public Laws Volume 13 38th Congress Stat 99-118 National Banking

Act which are the de jure laws on Banking and Financial Institutions in
13

the United States of America. These are the standing laws that will prove
14

the color of authority actions carried out by the listed respondents.

15

## Notes on National Bank/Currency Act STATUTES AT LARGE Public Law 13 Stat 99-118
16    ## 38th Congress

17    LAWS GOVERNING FORMING OF NATIONAL BANKING ASSOCIATIONS
"And be it further enacted That Associations for carrying on the Business of Banking may be formed by any number
18    of persons, not less in any case than five, who shall enter into articles of association, which shall specify in general
terms the object for which the association is formed, *and may contain any other provisions, not inconsistent with*
19    *the provisions of this act*." Section 5 page 100 38th Congress

20

OATH OF THE DIRECTORS FILED WITH THE COMPTROLLER OF CURRENCY
21    "Each Director when appointed or Elected, shall take an oath that he will, so far as the duty devolves on him,
diligently and honestly administer the affairs of such association, and will not knowingly violate, or willingly permit
22    to be violated any provisions of this act, and that he is the bona fide owner, in his own right, of the number of shares
of stock required by this act, subscribed by him, or standing in his name on the books of the association, and that the
23    same is not hypothecated, or in any way pledged, as security for a loan or debt; which oath subscribed by himself,
and certified by the officer before whom it is taken, shall be immediately transmitted to the comptroller of currency,
24    and by him filed and preserved in his office." Section 9 page 102 38th Congress

25    RULES GOVERNING HOLDING OF REAL ESTATE
And be it further enacted, such associations shall not purchase or hold real estate in any other case or for any other
26    purpose than as specified in this section. Nor shall it hold the possession of any real estate under mortgage, or hold
the title and possession of any real estate purchased to secure debts due to it for a longer period than five years.
27    Section 28 page 108 38th Congress

28    NATIONAL BANKING ASSOCIATION CANNOT MAKE LOANS ON THE SECURITY OF
THE SHARES OF ITS STOCK
"And be it further enacted that no association shall make any loan or discount on the security of the shares of its own
capital stock" Section 35 Page 110 38th Congress

## SOLE METHOD FOR MAKING LOANS

"Such Association shall have power to…exercise under this act all such incidental powers as shall be necessary to carry on the business of banking by discounting and negotiating promissory notes, drafts, bills of exchange, and other evidences of debt; by loaning money on personal security

## BANKS CANNOT USE ITS NOTES IT CIRCULATES TO CREATE OR INCREASE ITS CAPITAL STOCK

"And be it further enacted That no association shall, either directly or indirectly, pledge or hypothecate any of its notes of circulation, for the purpose of procuring money to be paid in on its capital stock, or to be used in its banking operations, or otherwise; nor shall any association use its circulating notes, or any part thereof, in any manner or form, to create or increase its capital stock" Section 37 page 110 38th Congress

## PENALTY UPON DIRECTORS FOR VIOLATION OF THIS ACT

And be it further enacted That every president, director, cashier, teller, clerk, or agent of any association, who shall embezzle, abstract, or willfully misapply any of the moneys, funds, or credits of the association, or shall, without authority from the directors, issue or put in circulation any of the notes of the association, or shall, without such authority issue or put forth any certificate of deposit, draw any order or bill of exchange, make any acceptance, assign any note, bond, draft, bill of exchange, mortgage, judgment, or decree, or shall make any false entry in any book, report, or statement of the association, with intent, in either case, to injure or defraud the association or any other company, body politic or corporate, or individual person, or to deceive any officer of the association, or any agent appointed to examine the affairs of any such association, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by imprisonment not less than five nor more than ten years. Section 55 page 116 38th Congress volume 13

## PENALTY UPON DIRECTORS FOR VIOLATION OF THIS ACT

And be it further enacted that if the directors of any association shall knowingly violate, or knowingly permit any of the officers, agents, or servants of the association to violate any of the provisions of this act, all the right, privileges, and franchises of the association derived from this act shall thereby be forfeited… And in cases of such violation, every director who participated in or assented to the same shall be held liable in his personal and individual capacity for all damages which the association, its shareholders, or any other person, shall have sustained in consequence of such violation. Section 53 page 116 38th Congress Volume 13

## ESTABLISHMENT OF THE OFFICE OF THE COMPTROLLER OF CURRENCY

"That there shall be established in the treasury Department a separate Bureau, which shall be charged with the execution of this and all other laws that may be passed by Congress respecting the issue and regulation of a national currency secured by United States Bonds – page 99 section 1 38th Congress

## OATH OF THE COMPTROLLER

"Within fifteen days from the time of notice of his appointment the comptroller shall take and subscribe the oath of office prescribed by the Constitution and laws of the United States – Section 1 page 100 38th Congress

## UNITED STATES BONDS DEFINED

"And it shall further be enacted, That the term United States Bonds as used n this act, shall be construed to mean all registered bonds now issued, or that hereafter be issued, on the faith of the United States by the Secretary of the Treasury in pursuance of Law." – Section 4 page 100 38th Congress

## BANKS BY LAWS MUST BE CONSISTENT WITH THIS ACT

"Its Board of Directors shall also have power to define and regulate by by-laws, not inconsistent with the provisions of this act" Section 8 Page 101-102 38th Congress

## SHUTDOWN OF BANK FOR ILLEGAL ACTIVITY OF SHAREHOLDERS

"The comptroller shall have authority to withhold from an association his certificate authorizing the commencement of business, whenever he shall have reason to suppose that the shareholders thereof have formed the same for any other than the legitimate objects contemplated by this act. Section 12 page 103 38th Congress

## BONDS REGISTERED WITH COMPTROLLER

"And be it further enacted that it shall be the duty of the comptroller of the currency to countersign and enter in the book, in the manner aforesaid, every transfer or assignment of any bonds held by the treasurer presented for his signature; and the comptroller shall have at all times during office hours access to the books of the treasurer for the purpose of ascertaining the correctness of the transfer or assignment presented to him to countersign; and the treasurer shall have the like access to the book above mentioned, kept by the comptroller, during office hours, to ascertain the correctness of the entries in the same; and the comptroller shall also at all times have access to the bonds on deposit with the treasurer, to ascertain their amount and condition." Section 20 page 105 38th Congress

## AMOUNT OF NOTES NOT TO EXCEED THREE HUNDRED MILLION

"And be it further enacted that the entire amount of notes for circulation to be issued under this act shall not exceed three hundred millions of dollars" Section 22 Pages 105-106 38th Congress

## FEDERAL RESERVE NOTES ARE NOT MONEY BY LAW

" And no such association shall issue post notes or any other notes to circulate as money than such as are authorized by the forgoing provisions of this act" Section 23 page 106 38th Congress

## BANKS NOT HOLDING LAWFUL MONEY MAY BE SHUTDOWN

And it shall be competent for the comptroller of the currency to notify and association, whose lawful money reserve as aforesaid, to make good such reserve; and if such association shall fail for thirty days thereafter so to make good its reserve of lawful money of the United States, the comptroller may, with the concurrence of the Secretary of the Treasury appoint a receiver to wind up the business of such association as provided in this act. See Section 31 of the National Currency Act page 109 38th Congress

## BANKS MUST REDEEM NOTES AT APPOINTED NATIONAL BANKING ASSOCIATION OR BE SHUTDOWN

And be it further enacted, If any association shall fail either to make the selection or to redeem its notes as aforesaid, the comptroller of the currency may, upon receiving satisfactory evidence thereof, appoint a receiver, in the manner provided for in this act, to wind up its affairs: Provided, That nothing in this section shall relieve any association from its liability to redeem its circulating notes at its own counter, at par, in lawful money, on demand: And provided further, That every association formed or existing under the provisions of this act shall take and receive at par, for any debt or liability to said association, any and all notes or bills issued by any association existing under and by virtue of this act. Section 32 National Currency Act page 109 38th Congress

## BANKS CANNOT CIRCULATE NOTES THAT ARE NOT REDEEMABLE IN LAWFUL UNITED STATES MONEY

"And be it further enacted, That no association shall at any time...knowingly pay out or put in circulation any notes issued by any bank or banking association which at the time of such paying out or putting in circulation is not redeeming its circulating notes in lawful money of the United States.

## NATIONAL BANKING ASSOCIATIONS FINANCIAL AGENTS OF THE GOVERNMENT

"And be it further enacted That all associations under this act, when designated for that purpose by the Secretary of the Treasury, shall be depositories of public money; and they may be employed as financial agents of the government..., and they shall perform all such reasonable duties, as depositories of public moneys and financial agents of the government, as may be required of them... And the Secretary of the Treasury shall require of the associations this designated satisfactory security, by the deposit of United States Bonds and otherwise, for the safe-keeping and prompt payment of the public money deposited with them, and for the faithful performance of their duties as financial agents of the government.

## IF NOTES ARE NOT REDEEMED BANK CAN BE SHUTDOWN AND LAW HOLDERS PAID IN LAWFUL UNITED STATES MONEY

And be I further enacted That on receiving notice that an association has failed to redeem any of its circulating notes, as specified in the next preceding section, the comptroller of the currency, with the concurrence of the Secretary of the Treasury, may appoint a special agent ( of whose appointment immediate notice shall be given to such association) who shall immediately proceed to ascertain whether such association has refused to pay its circulating notes in the lawful money of the United States, when demanded as aforesaid, and report to the

comptroller the fact so ascertained; and if from such protest or the report so made, the comptroller shall be satisfied that such association has refused to pay its circulating notes as aforesaid and is in default, he shall within thirty days after he shall have received notice of such failure, declare the United States bonds and securities pledged by such association forfeited to the United States, and the same shall thereupon be forfeited accordingly. And thereupon the comptroller shall immediately give notice in such manner as the Secretary of the Treasury shall, by general rules or otherwise, direct, to the holders of the circulating notes of such association to present them for payment at the Treasury of the United States, and the same shall be paid as presented in lawful money of the United States; whereupon said comptroller may, in his discretion, cancel an amount of bonds pledged by such association equal at current market rates, not exceeding par, to the notes paid. Section 46 page 113-114 38th Congress

## AFFIDAVIT OF FACTS IN SUPPORT OF COUNTERCLAIMANTS REAL DEFENSES

1) Counterclaimant requested to inspect a certified copy of the original promissory note which was provided and displayed the material alteration, fraud, and illegality of the transaction in question.

2) Plaintiff provided a copy of the Original Promissory note after all transactions of business had been carried out upon the note including assignments of all types and endorsements.

3) It is the counterclaimant's contention, [Material Alteration of Note], that the prior assignees [BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 OR IT'S PREDECESSOR COUNTRYWIDE HOME LOANS, INC through its agent President or Vice President] committed fraud, material alteration of a contract, and illegality in the transaction with the original note.

4) The note is specifically governed by federal law and Negotiable Instruments Law of this state [Kansas Statutes - Uniform Commercial Code] as is the validity of the Mortgage Security interest lien.

5) BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 OR IT'S PREDECESSOR COUNTRYWIDE HOME LOANS, INC through its agent who was Vice President at the time violated Federal law at Public Law 13 stat 98-118 38th Congress and Kansas Uniform Commercial Code section 84-3-305 (a) 1, in that he materially altered a contract without the consent of Clarence Williams and Tonya R Williams, committed Fraud in the factum, rendering the transaction illegal, and thus stands as fraud which induced Clarence Williams and Tonya R Williams to enter the contract upon terms and conditions other than agreed upon. The Law at Kansas Uniform Commercial Code 84-3-305 is expressed as, "**§ 84-3-305. Defenses and claims in recoupment.**

    (a) Except as stated in subsection (b), the right to enforce the obligation of a party to pay an instrument is subject to the following:

        (1) a defense of the obligor based on:

        (B) lack of legal capacity or *illegality of*

        *the transaction WHICH UNDER OTHER LAW, nullifies the*

        *obligation of the obligor;*

        (C) *fraud that induced the obligor to sign the*

        *instrument with neither knowledge nor reasonable*

        *opportunity to learn of its character or its essential*

        *terms; or*

6) This is the implementation of a real defense and is effective even against a holder in due course as stated in Kansas Uniform Commercial Code section 84-3-305 (3) b in this case the Holder in due course or holder is *BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 OR IT'S PREDECESSOR COUNTRYWIDE HOME LOANS, INC*

7) The law that Governs this note/bond/mortgage security interest lien is the Statutes at Large Public Law Volume 13 38th Congress Stat 99-118, the National Bank/Currency Act which is expressed as prima facie Law under the United States Code Title 12 Banks and Banking, Kansas Uniform Commercial Code Article 84-3 Negotiable Instruments and Title 84-8 of Investment Securities

8) The issues here are that the counterclaimant is asserting real defenses against the validity of the original negotiable instrument 'contract' which is the alleged promissory note/ converted bond'.

9) The first issue is which is a personal defense is consideration. There has been no loan or consideration in this contract in the amount of $76,163.00.

10) According to the above federal law Banks or Financial Institutions cannot, loan the capital stock of their directors, nor can they loan the money of their depositors, and they can only loan money pursuant to Public Law Volume 13 38th Congress Stat 99-118 The National Bank Act which holds precedent over USC Title 12 which is only prima facie law and NOT positive law. They have not followed any of the provisions of this monetary law of the United States of America nor have they honored negotiable instrument laws of this state and the District of Columbia [United States].

11) Also according to the Statutes at Large Public Law Volume 13 38th Congress Stat 99-118, the National Bank/Currency Act Bank and Financial Institutions cannot enter into mortgage agreements for real estate beyond a 5 year period.

12) The note was for a 30 year mortgage which by operation of law is fraudulent.

13) The Banks or financial Institutional directors cannot claim ignorance of this because each Director has an Oath to Follow Public Law Volume 13 38th Congress Stat 99-118 which is recorded at the United States Office of the Comptroller of Currency.

14) So the Director, President or Vice President has participated in this fraud through his endorsement on the note and thus through real defenses implemented herein BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 OR IT'S PREDECESSOR COUNTRYWIDE HOME LOANS, INC have no legitimate claim to force Clarence Williams and Tonya R Williams to pay any instruments that are Fraud.

15) It is a fact that we Clarence Williams and Tonya R Williams were under the impression that through mortgaging, conveying, and providing an interest in my property that we were receiving a loan. There is no record that the bank made a legitimate loan based on the governing law of the instrument, the Statutes at Large Public Law Volume 13 38th Congress Stat 99-118, the National Bank/Currency Act.

16) The note somehow has been converted into a bond without agreement or authorization from Clarence Williams and Tonya R Williams. The attached deposition/interrogatives provide questioning about the legitimacy at law and legality of such actions. Who converted the loan into a bond? Who is the holder of the Bond? Who is the holder in due course? Where is the bond registered and with what official officer of law? Is the conversion of the note into a bond material alteration of a contract without consent nullifying the validity of the original contract? These are some of the questions that are attached as interrogatives depositions must and or will be answered upon discovery.

17) Foreclosure proceeding cannot continue until the plaintiff does the following:

## DEMAND FOR REMEDY AND IMPLEMENTATION OF REAL DEFENSES.

   A) Answer the attached depositions/interrogatives in reference to the legitimacy of the note pursuant to Rule 26.

   B) Plaintiff must successfully rebut the real defenses of the Counterclaimant which are:

      1) Alleged Original Creditor provided no consideration in this contract that is in accord with the governing law at Public Law Volume 13 38th Congress Stat 99-118 and therefore committed fraud in the factum, which simply means that Alleged Original Creditor passed on a paper asset with no real value and must prove that consideration was provided and the source of the funds for so called loan and prove that this type of transaction is legal according to the rules governing negotiable instruments at Kansas UCC section 84-3-305 (a).

      2) Alleged Original Creditor has injured the assignees and is thus responsible for them. The source [of the alleged loan] cannot be from the Directors pursuant to the federal law governing loans Public Law Volume 13 38th Congress Stat 99-118, which states specifically, OATH OF THE DIRECTORS FILED WITH THE COMPTROLLER OF CURRENCY" Each Director when appointed or Elected, shall take an oath that he will, so far as the duty devolves on him, diligently and honestly administer the affairs of such association, and will not knowingly violate, or willingly permit to be violated any provisions of this act, and that he is the bona fide owner, in his own right, of the number of shares of stock required by this act, subscribed by him, or standing in his name on the books of the association, and that the same is not hypothecated, or in any way pledged, as security for a loan or debt; which oath subscribed by himself, and certified by the officer before whom it is taken, shall be immediately transmitted to the comptroller of currency, and by him filed and preserved in his office." Section 9 page 102 38th Congress Volume 13 stat 102

      3) Alleged Original Creditor also cannot loan money from any of its other stock or depositors assets according to federal law which states, "NATIONAL BANKING ASSOCIATION CANNOT MAKE LOANS ON THE SECURITY OF THE SHARES OF ITS STOCK, "And be it further enacted That no association shall make any loan or discount on the security of the shares of its own capital stock" Section 35 Page 110 38th Congress Volume 13 stat 110

      4) Alleged Original Creditor and Assignees must answer the real defense assertion that a 30 year mortgage by operation of law is fraud in the factum [in violation of Kansas Commercial Code section 84-3-305 (a) 1 real defenses] , fraudulent, illegal, and unlawful and in violation of the laws governing banks and financial institutions which expressly states at Public Law Volume 13 38th Congress Stat 99-118, "RULES GOVERNING HOLDING OF REAL ESTATE And be it further enacted, Such associations shall not purchase or hold real estate in any other case or for any other

purpose than as specified in this section. Nor shall it hold the possession of any real estate under mortgage, or hold the title and possession of any real estate purchased to secure debts due to it for a longer period than five years Section 28 page 108 38th Congress Volume 13 stat 108

5) If alleged original creditor or assignees disagree with the federal laws governing this contract negotiable instrument, note/bond then Plaintiff must successfully contend that all banking and financial institutions in the United States of America is not subject to the following rules, "LAWS GOVERNING FORMING OF NATIONAL BANKING ASSOCIATIONS "And be it further enacted That Associations for carrying on the Business of Banking may be formed by any number of persons, not less in any case than five, who shall enter into articles of association, which shall specify in general terms the object for which the association is formed, *and may contain any other provisions, not inconsistent with the provisions of this act*." Section 5 page 100 38th Congress Volume 13 stat 100

6) If Alleged Original Creditor and or assignee in any manner did business with a third party with the note/bond entities such as the United States Department of Treasury, or the Comptroller of the Currency, Bureau of Public Debt, a Trustee Financial Institution, etc…in order to gain a Bond, stock, securities or Bonds from the said entities Plaintiffs actions are unlawful and fraudulent based on the following, "BANKS CANNOT USE ITS NOTES IT CIRCULATES TO CREATE OR INCREASE ITS CAPITAL STOCK, "And be it further enacted That no association shall, either directly or indirectly, pledge or hypothecate any of its notes of circulation, for the purpose of procuring money to be paid in on its capital stock, or to be used in its banking operations, or otherwise; nor shall any association use its circulating notes, or any part thereof, in any manner or form, to create or increase its capital stock" Section 37 page 110 38th Congress.

7) Also Alleged Original Creditor and Assignees must understand that any and all Directors, Presidents, Vice Presidents or any other financial agents or officers who have violated the governing law of this instrument must and will be punished according to the rule of law including possible jail time and fines and possible closing of the financial institution if found in violation of the aforementioned laws. This is expressly stated in the Statute, "PENALTY UPON DIRECTORS FOR VIOLATION OF THIS ACT "And be it further enacted That every president, director, cashier, teller, clerk, or agent of any association, who shall embezzle, abstract, or willfully misapply any of the moneys, funds, or credits of the association, or shall, without authority from the directors, issue or put in circulation any of the notes of the association, or shall, without such authority issue or put forth any certificate of deposit, draw any order or bill of exchange, make any acceptance, assign any note, bond, draft, bill of exchange, mortgage, judgment, or decree, or shall make any false entry in any book, report, or statement of the association, with intent, in either case, to injure or defraud the association or any other company, body politic or corporate, or individual person, or to deceive any officer of the association, or any agent appointed to examine the affairs of any such association, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by imprisonment not less than five nor more than ten years. **Section 55 page 116 38th Congress volume 13**PENALTY UPON DIRECTORS FOR VIOLATION OF THIS ACT, "And be it further enacted That if the directors of any association shall knowingly violate, or knowingly permit any of the officers, agents, or servants of the association to violate any of the provisions of this act, all the right, privileges, and franchises of the association derived from this act shall thereby be forfeited… And in cases of such violation, every director who participated in or assented to the same shall be held liable in his personal and individual capacity for all damages which the association, its shareholders, or any other person, shall have sustained in consequence of such violation. **Section 53 page 116 38th Congress Volume 13**

8) Alleged Original Creditor and Assignees MUST lawfully rebut these facts and points of law in order for the Counterclaimants due process not to be violated.

9) If this court cannot provide Counterclaimant with its due process rights counterclaimant reserves the right to seek justice at law and due process in a court having jurisdiction to allow for such including a fair hearing and trial and a right to a jury trial in this matter.

10) Attached Respondents will find Interrogatives/Deposition Questions Pursuant to Rule 26 with real defense assertions

11) The Counter claimant is compelling the court to force the Plaintiff to answer these deposition Interrogatives attached in accordance with the Rules of Civil Procedure of this Court

1  **WHEREFORE** Counterclaimant seeks remedy as provided through the Statutes at Large, all claims by respondents are discharged as an operation of law, all liens attached to
2  Counterclaimants property is released, and any all other entitlements monetary or otherwise
3  pursuant to the violations of law, to which the Counterclaimant is so entitled.

4   "I, Clarence Williams and Tonya R Williams, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
5

6  Executed on March 22, 2010
7  _Clarence Williams_

8  [Made Pursuant to the United States Constitution & Title 28 USCA Section 1746]

9  **CERTIFICATE OF SERVICE**

10  I hereby certify that a true copy of the foregoing has been furnished, by USPS 1st Class Certified
11  Mail Return Receipt Requested postage prepaid, this  ᴅ3  day of March 2010 to:

12  BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC.
13  CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 OR
    IT'S PREDECESSOR COUNTRYWIDE HOME LOANS, INC C/O
14  THE BANK OF NEW YORK MELLON CORPORATION
    ATTN GENERAL COUNSEL
15  ONE WALL STREET
16  NEW YORK, NEW YORK, 10286

17  SOUTHLAWN & ASSOCIATES P.C.
    6363 COLLEGE GOULEVARD, SUITE 100
18  OVERLAND PARK, KANSAS 66211

19

20  Mailed by:    _Clarence Williams_
                 Clarence Williams
21

22

23

24

25

26

27

28

**INTERROGATIVES Depositions for Disclosure & Discovery
ALLEGED DEBT COLLECTOR/CREDITOR DISCLOSURE STATEMENT
Re "Offer of Performance"**

*This statement and the answers contained herein may be used by the Issuer & Maker, if necessary, in any court of competent jurisdiction*
**Respondent's Interrogatives/Depositions for Alleged Creditor**

Notice: This Debt Collector/Creditor Disclosure Statement is not a substitute for, nor the equivalent of, the hereinabove-requested verification of the record, i.e. *"Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition"* (Black's Law Dictionary, Sixth Edition, 1990), re the alleged debt, and must be completed in accordance with the United States Statutes at Large including the National Bank Act also known as the national Currency Act Public Law Volume 13 38th Congress Stat 99-118 as well as 91 Stat 880 the Actual Law of the primae facie code of the *Fair Debt Collection Practices Act*, 15 USC § 1692g and the Freedom of Information Act 5 USCA § 552, applicable portions of *Truth in Lending (Regulation Z)*, 12 CFR 226 Contract Disclosure and UCC 1-308, and demands as cited above in Offer of Performance. Debt Collector/Creditor must make all required disclosures clearly and conspicuously in writing re the following:

1. NAME OF ALLEGED DEBT COLLECTOR/CREDITOR:
.................................................................................................................................................................................................................

2. Address of Debt Collector/Creditor:
.................................................................................................................................................................................................................

3. Correct Lawful Name of Living Being, alleged Debtor/Obligor:
.................................................................................................................................................................................................................

4. Are you required to register with the United States Department of Treasury as a financial Institution? YES   NO
5. Please provide the Documents that certify that you are a financial institution registered with the federal government through the United States Department of Treasury.
6. Have you exchanged the alleged note for bonds from the United States Treasury? YES   NO   If yes, please provide exchange notes certifications and other information.
7. Have you have an oath to follow the laws governing Banks which are The National Currency Act Statutes at Large Public Laws of United States Congress Published at Volume 13 38th Congress Stat 99-118? YES   NO
8. Please provide a certified copy of your oath.
9. Have you ever violated the above Laws in any manner? YES   NO
10. Is the note and mortgage security interest lien in this contract for more than 5 years? YES   NO. If so, how long is the mortgage?....................................................................................
11. Are you aware that pursuant to the above federal law a thirty year mortgage is a fraudulent act? YES   NO
12. Are you aware that according to the Original Note you are not the Owner of the Property? YES   NO
13. Are you aware that if you violate any part of The National Currency Act Statutes at large Public Laws of United States Congress Published at Volume 13 38th Congress Stat 99-118 that your financial institution can be shutdown? YES   NO
14. Please provide a list of all of the directors of your financial institution pursuant to the Freedom of Information Act
.................................................................................................................................................................................................................
.................................................................................................................................................................................................................
.................................................................................................................................................................................................................
.................................................................................................................................................................................................................

15. Address of alleged Debtor/Obligor: .......................................................................................................................................................
16. Alleged Account Number: #########.....................................................................................................................................................
17. Alleged debt owed:  $ $####..................................................................................................................................................................
18. Date alleged debt became payable: ......................................................................................................................................................
19. What is the name and address of the alleged Original Creditor who actually provided funds to the alleged Debtor/Obligor, if different from alleged Debt Collector/Creditor?
.................................................................................................................................................................................................................
.................................................................................................................................................................................................................

20. If Debt Collector/Creditor is different from alleged Original Creditor, does Debt Collector/Creditor have a bona fide affidavit of assignment the signature of the alleged Debtor/Obligor as an assignment for entering into alleged original contract between alleged Original Creditor and alleged Debtor/Obligor? YES   NO
21. Did Debt Collector/Creditor purchase this alleged account from the alleged Original Creditor? YES   NO   N/A (Not Applicable)
22. Are you the holder in due course of the Original Note and or Contract? YES   NO. If so, please provide front and back copies of the original contract and or note.
23. If applicable, give the date of purchase of this alleged account from alleged Original Creditor, purchase amount, and a copy of the original transaction:

Date: .............................................................................................................
Amount: $.......................................................................................................

24. Did Debt Collector/Creditor purchase this alleged account from a previous debt Collector/Creditor? YES  NO  N/A
25. If applicable, date of purchase of this alleged account from previous debt Collector/Creditor, purchase amount, and a copy of the original transaction:

Date: .............................................................................................................
Amount: $.......................................................................................................

26. Regarding this alleged account, Debt Collector/Creditor is currently the:

    (a)   Owner; (b) Assignee; (c) Other-explain:
.................................................................................................................................................................................................................

27.       What are the terms of the transfer of rights in re this alleged account?
.................................................................................................................................................................................................................

28. If applicable, transfer of rights re this alleged account was executed by the following method:

    (a)   Assignment; (b) Negotiation; (c) Novation; (d) Other - explain:
.................................................................................................................................................................................................................

29. If the transfer of rights re this alleged account was by assignment, was there consideration? YES  NO  N/A

30. What is the nature and cause of the consideration cited in #29 above?
.................................................................................................................................................................................................................

31. If the transfer of rights re this alleged account was by negotiation, was the alleged account taken for value? YES NO N/A
32. What is the nature and cause of any value cited in #31 above? .................................................................................................................................

34. If the transfer of rights re this alleged account was by novation, was consent given by alleged Debtor/Obligor? YES NO N/A

35. What is the nature and cause of any consent cited in #34 above?................................................................................................................................
36. Has the alleged Debt Collector/Creditor provided alleged Debtor/Obligor with the requisite *verification* of the alleged debt as required by the *Fair Debt Collection Practices Act*? YES NO
37. Date said verification cited above in #36 was provided alleged Debtor/Obligor with official copy and certification that it was sent to alleged Debtor/Obligor:
.........................................................................................................................................................................................................................................

38. Was said verification cited above in #36 in the form of a sworn or affirmed oath, affidavit, or deposition? YES NO
39. Verification cited above in #36 was provided alleged Debtor/Obligor in the form of : OATH AFFIDAVIT DEPOSITON
40. Does Debt Collector/Creditor have knowledge of any claim(s)/Defense(s) re this alleged account? YES NO
41. What is the nature and cause of any claim(s)/defense(s) re this alleged account? ................................................................................................................
42. Does Debt Collector/Creditor receive Letter of Credit Financing from a major financial institution to run its operational budget? YES NO
43. Please provide the 1096 and 1098 Tax Returns for this account.
44. Please provide the 1099 OID and the 1099 INT forms for this account.
45. Are you [Alleged Creditor] the payor or the recipient on the 1099 OID forms?.........................................................................................................................
46. Does this account operate as a pooling and servicer agreement? YES NO
47. Are you [Alleged Creditor] in this contract serving in the status of a pooler or servicer for the Original Lender? YES NO
48. Have you [Alleged Creditor] ever received any benefit from a third party financial institution due to the alleged contract with the alleged obligor? YES NO
49. Have you [Alleged Creditor] ever received stocks, bonds, securities or any other commercial items from any third party institutions in respect to the alleged contract with the obligor? YES NO
50. Are their any stocks, bonds, or securities attached to the contract between you [Alleged Creditor] and the alleged obligor? YES NO
51. If the answer to the former question is yes could you please provide the CUISP number for the said financial instrument?...........................................................................
52. Is this account connected to any Trust agreements?
53. Please provide the trust account number and the name of the trust and the name of the indentured trustee, who is handling and paying the interest on the certified securities on the Depository Trust Corporation relative to this account.
54. Is this account in any way connected to any financial and or securities fraud?
55. Please provide certified copies of the N-8A registration filed pursuant to section 8A of the Investment Company Act of 1940, the 10 K annual report, the S-3 registration statement and the S-4 prospectus filed pursuant to Rule 425 (b) 5 with the Securities and Exchange Commission under section 13 & 15 (d) of the Securities and Exchange Act of 1934 in reference to this account and any certificated or uncertificated stocks, bonds, securities, or other financial instruments associated with this account.
56. Was alleged Debtor/Obligor provided with a loan by Debt Collector/Creditor? YES NO
57. If the alleged Debtor/Obligor was provided with a loan does the Debt Collector/Creditor have proof that assets were provided from the financial institution to the alleged obligor. Please provide certified copies, front and back of all documentary proof.
58. Was alleged Debtor/Obligor sold any products/services by Debt Collector/Creditor? YES NO

59. What is the nature and cause of any products/services cited above in # 58? ......................................................................................................................
60. Does there exist a verifiable, bona fide, original commercial instrument [note or contract] between alleged Debt Collector/Creditor and alleged Debtor/Obligor containing alleged Debtor/Obligor's bona fide signature? YES NO
61. What is the nature and cause of any verifiable commercial instrument cited above in # 60? ................................................................................................................
.........................................................................................................................................................................................................................................
62. Does there exist verifiable evidence of an exchange of a benefit or detriment between Debt Collector/Creditor and alleged Debtor/Obligor? YES NO
63. What is the nature and cause of this evidence of an exchange of a benefit or detriment as cited above in # 62?...........................................................................................
.........................................................................................................................................................................................................................................
.........................................................................................................................................................................................................................................

64. Have any charge-offs been made by any creditor or debt Collector/Creditor regarding this alleged account? YES NO
65. Have any insurance claims been made by any creditor or debt Collector/Creditor regarding this alleged account? YES NO
66. Have any tax write-offs been made by any creditor or debt Collector/Creditor regarding this alleged account? YES NO
67. Have any tax deductions been made by any creditor or debt Collector/Creditor regarding this alleged account? YES NO
68. Have any valid judgments been obtained by any creditor or debt Collector/Creditor regarding this alleged account? YES NO
69. At the time the alleged original contract was executed, were all parties apprised of the meaning of the terms and conditions of said alleged original contract and was full disclosure of the nature of the contract provided to the alleged obligor? YES NO
70. At the time the alleged original contract was executed, were all parties advised of the importance of consulting a licensed Legal professional before executing the alleged contract? YES NO

71. At the time the alleged original contract was executed, were all parties apprised that said alleged contract was a private credit Instrument? YES NO

Debt Collector/Creditor's failure, both intentional and otherwise, in completing/answering points "1" through "71" above and returning this Debt Collector/Creditor Disclosure Statement, as well as providing Maker with the requisite verification validating the hereinabove-referenced alleged debt, constitutes Debt Collector/Creditor's tacit agreement that Debt Collector/Creditor has no verifiable, lawful, bona fide claim re the hereinabove-referenced alleged account, and that Debt Collector/Creditor tacitly agrees that Debt Collector/Creditor waives all claims against Maker and indemnifies and holds Maker harmless against any and all costs and fees heretofore and hereafter incurred and related re any and all collection attempts involving the hereinabove—referenced alleged account.

Declaration: The Undersigned hereby declares under penalty of perjury of the laws of this State that the statements made in this Debt Collector/Creditor Disclosure Statement are true and correct in accordance with the Undersigned's best firsthand knowledge and belief.

| Date | Printed name of Signatory |
|------|---------------------------|

---

Official Title of Signatory           Authorized Signature for Debt Collector/Creditor

Debt Collector/Creditor must timely complete and return this Debt Collector/Creditor Disclosure Statement, along with all required documents referenced in said Debt Collector/Creditor Disclosure Statement. Debt Collector/Creditor's claim will not be considered if any portion of this Debt Collector/Creditor Disclosure Statement is not completed and timely returned with all required documents, which specifically includes the requisite verification, made in accordance with law and codified in the *Fair Debt Collection Practices Act* at 15 USC § 1692, Freedom of Information Act 5 USCA § 552 et seq., and which states in relevant part: "*A debt Collector/Creditor may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt,*" which includes "*the false representation of the character, or legal status of any debt,*" and "*the threat to take any action that cannot legally be taken,*" all of which are violations of law.

If Debt Collector/Creditor does not respond as required by law, Debt Collector/Creditor's claim will not be considered and Debt Collector/Creditor may be liable for damages for any continued collection efforts, as well as any other injury sustained by Maker of this Document. Please allow thirty (30) days for processing after Respondents receipts of Debt Collector/Creditor's response.